UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BLANCA POKORNEY** | § § § | |
| **Plaintiff,** | § § | |
| VS. | § § | Civil Action No. SA-17-CA-128-XR |
| BATH AUTHORITY LLC d/b/a DREAMLINE and HOME DEPOT USA INC., | § § § § § | |
| Defendants | | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BATH AUTHORITY LLC DBA DREAMLINE**, Defendant in the above cause, and for answer to Plaintiff's Original Petition and would show:

one as that term is known in law.

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's Original Petition and demands strict proof thereof as required by the laws of this State of persons who bring suit as Plaintiff does in this case.

### II.

At the time and on the occasion in question there was a failure on the part of the Plaintiff to exercise that degree of care of an ordinarily prudent person under the same or similar circumstances, which failure proximately caused or contributed to cause any injuries or damages sustained.

### III.

Further, in the alternative, Defendant would show that the negligence of third parties for whom this Defendant has no control or right of control is the sole proximate cause of Plaintiff's injuries and damages.

### IV.

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

### V.

Defendant contends it is entitled to submit jury questions concerning the respective parties comparative negligence or proportionate responsibility.

### VI.

In addition, if such be necessary, Defendant states and alleges it is entitled to a credit or offset for payments made to or on behalf of Plaintiff.

### VII.

Defendant further states and alleges that it is entitled to any and all defenses available to it under Section 82.001 et seq of the Civil Practice and Remedies Code.

WHEREFORE PREMISES CONSIDERED, Defendant having fully answered herein, prays that Defendant goes hence without delay for costs and for such other and further relief, both special and general, at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,
LAW OFFICES OF KILPATRICK & DEAS

BY: __s/ Frederick Saporsky, III__
    Frederick Saporsky, III
    SBN: 24033160
    9601 McAllister Freeway, Suite 220
    San Antonio, TX 78216
    Phone: (210) 200-5800
    Fax: (866) 221-6120
    john.deas@libertymutual.com
    Attorney for Defendant
    **Bath Authority LLC DBA Dreamline**

## DEFENDANT DEMANDS A TRIAL BY JURY

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of February, 2017, service required under these rules was made pursuant to Rule 21a.

    Anthony R. Garza-Vale
    TYLER & PEERY
    5822 West IH 10
    San Antonio, TX 78201
    P: (210) 340-0900
    F: (210) 736-9197
    Attorney for Blanca Pokorney

/s/Frderick Saporsky
Frederick Saporsky, III