UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLANCA POKORNEY § | |
| § | |
| VS. § | NO. SA-17-CA-128-XR |
| § | |
| BATH AUTHORITY LLC DBA § | |
| DREAMLINE AND HOME DEPOT § | |
| USA, INC. | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BLANCA POKORNEY,** Plaintiff herein, and makes this Motion to Dismiss Defendants, **BATH AUTHORITY LLC DBA DREAMLINE AND HOME DEPOT USA, INC.,** and in support thereof would respectfully show the Court the following:

I.

Plaintiff**, BLANCA POKORNEY** requests the Court to dismiss Plaintiff's action filed against **BATH AUTHORITY LLC DBA DREAMLINE AND HOME DEPOT USA, INC.,** as all matters in controversy between said parties have been resolved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **BLANCA POKORNEY,** prays that this Court enter an order dismissing with prejudice the above referenced action as to Defendant, **BATH AUTHORITY LLC DBA DREAMLINE AND HOME DEPOT USA, INC.**.

Respectfully submitted,

TYLER & PEERY

BY: _/s/ Anthony R. Garza-Vale_ [signed with permission]
ANTHONY R. GARZA-VALE
State Bar No.: 24074260

5822 West IH-10  
San Antonio, TX 78201  
*Attorney for Plaintiff*  
**BLANCA            POKORNEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on  29 th day of September, 2017, service required under these rules was made pursuant to Rule 21a.

John F. Deas
SBN: 24009981
9601 McAllister Freeway, Suite 220
San Antonio, TX 78216
Phone: (210) 200-5800
Fax: (866) 221-6120
john.deas@libertymutual.com
*Attorney for Defendant*
**BATH AUTHORITY LLC DBA DREAMLINE**

*/s/ Anthony R. Garza-Vale* [signed with permission]
_____
ANTHONY R. GARZA-VALE