UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BLANCA POKORNEY | § |
| | § |
| VS. | § |
| | § NO. SA-17-CA-128-XR |
| BATH AUTHORITY LLC DBA | § |
| DREAMLINE AND HOME DEPOT | § |
| USA, INC. | |

### AGREED ORDER OF DISMISSAL

#45

On this day came on to be considered the Motion to Dismiss filed herein by **BLANCA POKORNEY,** Plaintiff herein. The Court having considered the same is of the opinion that it should be granted.

It is therefore ORDERED that Plaintiff's action herein against the Defendants, **BATH AUTHORITY LLC DBA DREAMLINE AND HOME DEPOT USA, INC.,** be and the same are hereby dismissed with prejudice.

SIGNED this the 3rd day of October, 2017.

_____
JUDGE PRESIDING

APPROVED:

TYLER & PEERY

BY: _/s/ Anthony R. Garza-Vale_ [signed with permission]
ANTHONY R. GARZA-VALE
State Bar No.: 24074260
5822 West IH-10
San Antonio, TX 78201 (210) 340-0900
Fax: (210) 736-9197
*Attorney for Plaintiff*
**BLANCA POKORNEY**

LAW OFFICES OF KILPATRICK & DEAS

BY: _/s/ Frederick Saporsky_ [signed with permission]
Frederick Saporsky
SBN: 24009981
9601 McAllister Freeway, Suite 220
San Antonio, TX 78216
Phone: (210) 200-5800
Fax: (866) 221-6120
Frederick.saporsky@libertymutual.com
*Attorney for Defendant*
**BATH AUTHORITY LLC DBA DREAMLINE**

BY: _/s/ Frank A. Piazza, Jr._
Frank A. Piazza, Jr.
Brothers Alvarado, P.C.
820 Gessner – Suite 1705
Houston, TX 77024
Tel: (713) 337-0750
fpiazza@brothers-law.com
Attorneys for Defendant Home Depot U.S.A., Inc.